

Wells Fargo Bank, N.A.
Home Equity Group
MAC X2303-01A
1 Home Campus
Des Moines, IA 50328-0001

09/18/2013

DWIGHT NASH,
6531 S ARTESIAN
CHICAGO, IL 60629-1304

# UNITED STATES BANKRUPTCY COURT

Northern District Of Illinois

In re   DWIGHT NASH,                                  Case No. 08-19492
        Debtor
                                                      Chapter 13

## Response to Notice of Final Cure Payment

**Name of Creditor:** Wells Fargo Bank, N.A.          **Last four digits** of any number you use to identify the debtor's account
                                                     0001

**Uniform Claim Identifier**:                         **Court Claim No. (if known): n/a**

### Part 1: Status of Payments on Claim and Post-petition Payments

**In response to the Trustee's Notice of Final Cure Payment, Creditor states that:**

**Section A: Status of Claim Amounts (Choose ONE in Section A)**

☒ Debtor(s) has paid in full the amount required to cure the default on the Creditor's claim.

☐ Debtor(s) has **not** paid in full the amount required to cure the default on the Creditor's claim. The Creditor contends that the amounts itemized in Part 2 below remain unpaid as of the date of this Notice.

**Section B: Status of Post-petition payment, fees, expenses and charges (Choose ONE in Section B)**

☐ Debtor(s) is current on all post-petition payments, fees, expenses and charges.

☒ Debtor(s) is **not** current on all post-petition payments, fees, expenses and charges. The Creditor contends that the post-petition payments, fees, expenses and charges itemized in Part 3 below remain unpaid as of the date of this Notice.

### Part 2: Itemization of Claim Amounts not Cured by Debtor(s)

| Description | | Amount |
|---|---|---|
| 1. **Late charges** | (1) | $ _____ |
| 2. **Non-sufficient funds (NSF) fees** | (2) | $ _____ |
| 3. **Attorney's fees** | (3) | $ _____ |
| 4. **Filing fees and court costs** | (4) | $ _____ |
| 5. **Advertisement costs** | (5) | $ _____ |
| 6. **Sheriff/auctioneer fees** | (6) | $ _____ |
| 7. **Title costs** | (7) | $ _____ |
| 8. **Recording fees** | (8) | $ _____ |
| 9. **Appraisal/broker's price opinion fees** | (9) | $ _____ |
| 10. **Property inspection fees** | (10) | $ _____ |
| 11. **Tax advances (non-escrow)** | (11) | $ _____ |
| 12. **Insurance advances (non-escrow)** | (12) | $ _____ |
| 13. **Property preservation expenses** | (13) | $ _____ |
| 14. **Escrow Deficiency** | (14) | $ _____ |
| 15. **Escrow Advance** | (15) | $ _____ |
| 16. **Past Due Payments** | (16) | $ _____ |

    _____installments @ _____ $ _____
    _____installments @ _____ $ _____
    _____installments @ _____ $ _____                                $ _____
              **Total payments due** $ _____     Copy total here ▶               $ _____

17. Other. Specify: _____          (17)   $ _____
18. Other. Specify: _____          (18)   $ _____
19. **Unapplied Funds**                                     (19)  - $ _____

20. **Total Claim Amounts not cured by Debtor(s). Add all of the amounts listed above.**   (20)   $ _____

Ref. 163055300

**Part 3: Itemization of Post-petition Payments, Fees, Expenses and Charges not Cured by Debtor(s)**

| Description | | Amount |
|---|---|---|
| **1. Late charges** | (1) | $ _____ |
| 2. **Non-sufficient funds (NSF) fees** | (2) | $ _____ |
| 3. **Attorney's fees** | (3) | $ _____ |
| 4. **Filing fees and court costs** | (4) | $ _____ |
| 5. **Advertisement costs** | (5) | $ _____ |
| 6. **Sheriff/auctioneer fees** | (6) | $ _____ |
| 7. **Title costs** | (7) | $ _____ |
| 8. **Recording fees** | (8) | $ _____ |
| 9. **Appraisal/broker's price opinion fees** | (9) | $ _____ |
| 10. **Property inspection fees** | (10) | $ _____ |
| 11. **Tax advances (non-escrow)** | (11) | $ _____ |
| 12. **Insurance advances (non-escrow)** | (12) | $ _____ |
| 13. **Property preservation expenses** | (13) | $ _____ |
| 14. **Escrow Deficiency** | (14) | $ _____ |
| 15. **Escrow Advance** | (15) | $ _____ |
| 16. **Past Due Payments** | (16) | $ _____ |
|     1 installments @ 144.78(partial) $ 144.78 | | |
|     42 installments @ 207.21 $ 8,702.82 | | |
| | | $ _____ |
| **Total payments due** $ 8,847.60    Copy total here ► | | $ 8,847.60 |
| **17. Other. Specify:** _____ | (17) | $ _____ |
| **18. Other. Specify**:_____ | (18) | $ _____ |
| **19. Unapplied Funds** | (19) | - $ _____ |
| **20. Total Post-petition payments, fees, expenses and charges not cured by Debtor(s). Add all of the amounts listed above.** | (20) | $ 8,847.60 |

✘ /s/ Amanda Skidmore    Date: 09/18/2013
   Signature

**Print:**  Amanda Skidmore    Title: Bankruptcy Specialist

Company  Wells Fargo Bank, N.A.

Address  1 Home Campus X2303-01A

    Des Moines, IA 50238

Contact phone (877) 891 -0002    Email  HEQBANKRUPTCYCH13@wellsfargo.com

Ref. 163055300



Wells Fargo Bank, N.A.
Home Equity Group
MAC X2303-01A
1 Home Campus
Des Moines, IA 50328-0001

# **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I served the annexed **Response to Notice of Final Cure Payment** upon each of the entities named below by electronic transmission or by mailing to each of them a copy thereof by enclosing same in an envelope with first class mail postage prepaid addressed to each of them as follows:

---

| **(Debtor(s))** | **(Attorney for Debtor(s))** | **(Trustee)** |
|---|---|---|
| DWIGHT NASH, | ADAM L HOLGUIN | MARILYN O MARSHALL |
| 6531 S ARTESIAN | 20 S CLARK | 224 SOUTH MICHIGAN |
| CHICAGO, IL 60629-1304 | 28TH FLOOR | STE 800 |
| | CHICAGO, IL 60603 | CHICAGO, IL 60604 |

---

Dated: 09/18/2013          Signed:    /s/ Amanda Skidmore

HEQBKNFC.doc 10/31/2012